IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40803
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL LOPEZ-GAMA, also known as Fernando Lopez Gama,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-132-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Raul Lopez-Gama (Lopez), also known as Fernando Lopez Gama, has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Lopez has received a copy of counsel's motion and brief but has filed no response.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.